UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

| | |
|---|---|
| TROY M. HUNT,<br><br>             Plaintiff,<br><br>   v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>             Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>**CASE NO. 7:21-CV-84-D** |

**Decision by Court.**
This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court DENIES plaintiff's motion for judgment on the pleadings [D.E. 20], GRANTS defendant's motion for judgment on the pleadings [D.E. 21 ], AFFIRMS defendant's final decision, and DISMISSES this action.

**This Judgment Filed and Entered on May 31, 2022, and Copies To:**

| | |
|---|---|
| Troy M. Hunt | (Sent to 10279 US Hwy 501 maxton, NC 28364 via US Mail) |
| Wanda D. Mason | (via CM/ECF electronic notification) |

| | |
|---|---|
| DATE:<br>May 31, 2022 | PETER A. MOORE, JR., CLERK<br>(By)  /s/ Nicole Sellers<br>           Deputy Clerk |